CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
Kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIGNESH DAYABARAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-02343-SVK<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

On September 4, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiffs' first amended complaint, setting the due date for Defendants' response as October 2, 2026. The parties, through their undersigned attorneys, hereby stipulate to an additional extension of time for Defendants' response to Plaintiffs' amended complaint. Defendants will file their response on or before November 2, 2026. The parties make this request because the agency needs additional time to review Plaintiffs' amended complaint and to prepare their response. The parties have conferred and accordingly, they have agreed to extend the time for Defendants' response by an additional 30 days.

//

//

Dated: October 2, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Dated: October 2, 2026

*/s/ Niralkumar Patel*
NIRALKUMAR PATEL
KLDP LLP
Attorney for Plaintiffs

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 5, 2026

Susan van Keulen

HON. SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF KELSEY J. HELLAND**

I, KELSEY J. HELLAND, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On September 4, 2026, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiffs' first amended complaint, setting the due date for Defendants' response as October 2, 2026.

3. My office has been conferring with the agency regarding this case and we determined that Defendants need a brief period of additional time to prepare their response to Plaintiffs' amended complaint. Accordingly, my office contacted Plaintiffs' counsel regarding Defendants' request for an extension of time to prepare their response to the amended complaint, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 2, 2026

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney